IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON,**
ADC #106563                                                                                       **PLAINTIFF**

v.                              Case No. 4:20-cv-01398-KGB

**COBB,** *et al.*                                                                                    **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Edie Ervin (Dkt. No. 33). Judge Ervin recommends that the Court dismiss without prejudice plaintiff Michael Otis Roberton's claims for failure to comply with this Court's May 6, 2021, Order and for failure to prosecute his lawsuit (*Id.*, at 2). Further, Judge Ervin recommends that the Court deny without prejudice all pending motions as moot. The time for filing objections to Judge Ervin's Recommended Disposition has passed, and Mr. Robertson has filed no objections. After careful consideration, the Court adopts the Recommended Disposition as its findings of fact and conclusions of law (Dkt. No. 33). The Court dismisses without prejudice Mr. Robertson's claims for failure to comply with this Court's May 6, 2021, Order and for failure to prosecute this lawsuit. The Court denies all pending motions as moot (Dkt. Nos. 13, 25, 31). The relief requested is denied.

So ordered this 13th day of September, 2021.

_____
Kristine G. Baker
United States District Judge