IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON,**
 **ADC #106563**                                                                                               **PLAINTIFF**

v.                              Case No. 4:20-cv-01398-KGB

**COBB**, *et al.*                                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied.

So adjudged this 13th day of September, 2021.

_____
Kristine G. Baker
United States District Judge